# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LONNIE WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| VS. ) | 2:08-cv-1081-JHH |
| ) | |
| **HALL THOMPSON; MIKE** ) | |
| **THOMPSON; BIRMINGHAM** | |
| **COUNTRY CLUB; SHOAL** ) | |
| **CREEK COUNTRY CLUB;** | |
| **and JOHN COX,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF DECISION

The court has before it the new complaint (doc. #4, consisting of three pages, doc. #4-2, consisting of two pages, and doc. # 4-3, consisting of five pages) filed June 27, 2008, together with the <u>in forma pauperis</u> affidavit (doc. #5, consisting of three pages) filed the same date, all as a result of the June 24, 2008 order (doc. #3). Plaintiff is no stranger to the court. In the current fiscal year, he has filed and lost three earlier cases and concluded, without success, a fourth case in the Eleventh Circuit Court of Appeals.[1] The undersigned is the fifth judge of this court to whom such cases have been assigned. Plaintiff will fair no better

---

[1] 2:08-cv-895-IPJ; 2:08-cv-159-UWC; 2:08-cv-60-RDP; and 2:07-cv-1520-KOB.

with the undersigned than he did with the earlier four judges.

The court is aware that it must construe complaints filed by pro se plaintiffs liberally. As so construed, it is beyond a doubt that plaintiff can prove no set of facts in support of his "claims" which would entitle him to relief. Further, plaintiff has not even satisfied the court that he has a good faith belief that he is entitled to redress in this case so as to merit a granting of his request for pauper status. <u>See</u> 28 U.S.C. § 1915(a)(1).

A separate final order will be entered.

DONE this the ___1st___ day of July, 2008.

                                                 _/s/ James H. Hancock_
                                            SENIOR UNITED STATES DISTRICT JUDGE